IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                      Case No. 4:10cv452-SPM/WCS

**PROCEEDS OF LAWSUIT,
UP TO $337,000.00, and**

**LOUISE GIBSON,**

    Defendants.

                                    /

## REPORT AND RECOMMENDATION

The Government filed this complaint seeking forfeiture of the proceeds of a lawsuit on October 18, 2010.  Doc. 1.  Claimant Louise Gibson filed an answer and claim for assets subject to the forfeiture.  Doc. 5.  A Scheduling order was entered on March 4, 2011, doc. 6, and the parties have had opportunity for discovery and conference.  A unilateral Rule 26(f) report was filed in mid-April, doc. 7, and nothing else was received until June 17, 2011, when the United States filed a motion for forfeiture of property.  Doc. 8.  That motion indicates that a settlement agreement has been reached with claimant Louise B. Gibson, through her attorney Clifford Davis.  Doc. 8-1, p. 2.  The

settlement agreement provides that "$6,900.00 will be returned to claimant, and the United States will forfeit the remaining $112,156.63."  *Id.*  The agreement is attached to the motion, doc. 8-2, and contains the signature of claimant Louise B. Gibson, and her attorney.  Doc. 8-2 (Exhibit D).[1]

As the parties have settled this dispute, it is recommended that the settlement agreement be adopted, the motion for forfeiture granted, and a forfeiture order entered to implement the settlement.  As counsel for claimant Louise Gibson did not enter an appearance in this case, I direct that a copy of this order also be provided to Clifford Davis, Esq., at the address provided in the settlement agreement.  Doc. 8-2, p. 10.

Accordingly, it is **ORDERED** that the Clerk of Court shall provide a copy of this report and recommendation to attorney Clifford Davis at the address provided in the settlement agreement.  Doc. 8-2.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion for decree of forfeiture, doc. 8, be **GRANTED**, the settlement agreement be **APPROVED**, and the parties **ORDERED** to comply with the settlement agreement.

**IN CHAMBERS** at Tallahassee, Florida, on June 20, 2011.

        S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The motion indicated that a proposed decree of forfeiture was submitted with the motion, but it was not.

## **NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.