IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO.: 4:10-cv-452-SPM-WCS

PROCEEDS OF LAWSUIT UP TO
$337,000.00,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 9). The Claimant has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 9) is *adopted* and incorporated by reference in this order.

    2.    The motion for decree of forfeiture (doc. 8) is granted.

    3.    The settlement agreement is approved, and the parties are directed to

comply with the terms of the settlement agreement.

DONE AND ORDERED this <u>twenty-sixth</u> day of July, 2011.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Senior United States District Judge